GREGOR ZOIDIS ET ALS *vs.* DON T. BREEN ET AL.

Penobscot County. Decided March 7, 1934. This case came forward on report.

The questions in controversy in this action being purely of fact, the case is remanded to the Superior Court for determination. Report discharged. *Butterfield & Weatherbee,* for plaintiffs. *Arthur L. Thayer,* for defendants.